**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| TARA D. HILL, § | |
|    Plaintiff, § | |
| § | |
| v. § | |
| § | CIV. ACT. NO. 4:14-cv-00622-RC-ALM |
| CHASE BANK USA, N.A. § | |
| D/B/A CHASE § | |
|    Defendant. § | |

**NOTICE OF DEFENDANT'S INITIAL DISCLOSURES**

TO THE HONORABLE RON CLARK, UNITED STATES DISTRICT JUDGE:

The undersigned counsel for Chase Bank USA, N.A. served the Defendant's Initial Disclosures under Fed. R. Civ. P. 26(a)(1) on counsel for Tara D. Hill by courier delivery on December 29, 2014.

                                        QUILLING, SELANDER, LOWNDS
                                            WINSLETT & MOSER, P.C.
                                  2001 Bryan Street, Suite 1800
                                  Dallas, Texas 75201-4240
                                  (214) 871-2100 (Telephone)
                                  (214) 871-2111 (Facsimile)

By:   */s/ Kenneth A. Hill*
           Wm. Lance Lewis
           State Bar No. 12314560
           Kenneth A. Hill
           State Bar No. 09646950
ATTORNEYS FOR CHASE BANK USA, N.A.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served concurrently with the filing of the same via the Court's CM/ECF noticing system upon all persons who have filed ECF appearances in this case, including counsel for Plaintiff.

                                    */s/ Kenneth A. Hill*
                                    Kenneth A. Hill

4814-0475-0624, v. 1