**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| TARA D. HILL, § | |
|    Plaintiff, § | |
| § | |
| v. § | |
| § | CIV. ACT. NO. 4:14-cv-00622-ALM |
| CHASE BANK USA, N.A. § | |
| D/B/A CHASE § | |
|    Defendant. § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE AMOS L. MAZZANT, UNITED STATES DISTRICT JUDGE:

Pursuant to Fed. R. Civ. P. 41(a), Tara D. Hill (the "Plaintiff") and Chase Bank USA, N.A. (the "Defendant"), being all of the parties to this lawsuit, hereby dismiss this lawsuit with prejudice, with each party to bear its own fees, costs, and expenses.

Respectfully submitted,

*/s/ James J. Manchee*
JAMES J. MANCHEE
Texas Bar No. 00796988
MANCHEE & MANCHEE, LLP
12221 Merit Drive, Suite 950
Dallas, Texas  75251
(972) 960-2240 Telephone
(972) 233-0713 Facsimile
ATTORNEYS FOR THE PLAINTIFF
   and
QUILLING, SELANDER, LOWNDS
   WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas  75201-4240
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By:   */s/ Kenneth A. Hill*
   Wm. Lance Lewis
   State Bar No. 12314560
   Kenneth A. Hill
   State Bar No. 09646950
ATTORNEYS FOR THE DEFENDANT

4825-9224-8354, v.  1