**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| TARA D. HILL, § | |
|    Plaintiff, § | |
| § | |
| v. § | |
| § | CIV. ACT. NO. 4:14-cv-00622-ALM |
| CHASE BANK USA, N.A. § | |
| D/B/A CHASE § | |
|    Defendant. § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the Stipulation of Dismissal with Prejudice filed by Tara D. Hill (the "Plaintiff") and Chase Bank USA, N.A. (the "Defendant"), being all of the parties to this lawsuit, the Court hereby dismisses this lawsuit with prejudice, with each party to bear its own fees, costs, and expenses.

AGREED:

 */s/ James J. Manchee*
JAMES J. MANCHEE
Texas Bar No. 00796988
MANCHEE & MANCHEE, LLP
12221 Merit Drive, Suite 950
Dallas, Texas 75251
(972) 960-2240 Telephone
(972) 233-0713 Facsimile
ATTORNEYS FOR THE PLAINTIFF

- and -

 */s/ Kenneth A. Hill*
WM. LANCE LEWIS
State Bar No. 12314560
KENNETH A. HILL
State Bar No. 09646950
QUILLING, SELANDER, LOWNDS
   WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas75201
(214) 880-1827 (Direct)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR THE DEFENDANT

4838-8409-3986, v. 1

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**             **Page 2**